# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-902

_____

CRISTINA TARANTOLA, M.D.,

Appellant,

v.

WILLIAM B. HENGHOLD, M.D.,
P.A.,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
J. Scott Duncan, Judge.

August 30, 2018

PER CURIAM.

AFFIRMED.

LEWIS, MAKAR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Todd M. Ladouceur and Chris K. Ritchie of Galloway, Johnson, Tompkins, Burr & Smith, P.L.C., Pensacola, for Appellant.

Trevor A. Thompson of Clark Partington, Tallahassee; Jeremy C. Branning and Daniel E. Harrell of Clark Partington, Pensacola, for Appellee.